AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**SHELLY GALLAGHER**<br><br>*Defendant* | Case No. 8:23Cr394 TPS AEP<br><br>RCVD USMS M/FL TAMPA<br>2023 NOV 1 AM 8:20<br><br>NOV 16 2023 PM 4:36<br>FILED - USDC - FLMD - TPA |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **SHELLY GALLAGHER**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Unlawful Distribution of Controlled Substances in violation of 21 U.S.C. § 846.
Unlawful Distribution of Controlled Substances in violation of 21 U.S.C. § 841 (a)(1).

Date: 11/01/2023

*Issuing officer's signature*

City and state: Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/1/2023, and the person was arrested on *(date)* 11/16/2023
at *(city and state)* TAMPA, FL.

Date: 11/16/2023

*Arresting officer's signature*

MICHAEL CONNELL
*Printed name and title*